State v. Pierce

Although charged with the first-degree murder of Carolyn Louise Scott, defendant was tried for second-degree murder. The trial court submitted the case to the jury with instructions to return a verdict of guilty of second-degree murder, guilty of voluntary manslaughter, guilty of involuntary manslaughter, or not guilty. The jury found defendant guilty of involuntary manslaughter, and from judgment imposing prison sentence of 10 years, she appealed.

*Attorney General Robert Morgan, by Assistant Attorney General Myron C. Banks, for the State.*

*T. O. Stennett for defendant appellant.*

STATE OF NORTH CAROLINA v. LEROY PIERCE

No. 744SC146

(Filed 1 May 1974)

APPEAL by defendant from *Tillery, Judge,* 10 September 1973 Session of Superior Court held in ONSLOW County. Argued in the Court of Appeals 16 April 1974.

Defendant was tried upon a bill of indictment charging him with assault with intent to rape.

The State's evidence tended to show that on 13 July 1973, defendant ordered the prosecuting witness, defendant's thirteen-year-old daughter, to disrobe in his presence; that defendant attempted to have intercourse with the prosecuting witness who resisted; that defendant slapped the prosecuting witness; and that the prosecuting witness fled when the mother returned to the home.

Defendant testified in his own behalf that he had consumed two beers that evening, but was not intoxicated; that defendant and his wife had been having marital difficulties; and that he did not assault the prosecuting witness, force her to disrobe, or get into bed with her.

From a sentence of not less than twelve years nor more than fifteen years, defendant appealed to this Court.

*Attorney General Morgan, by Assistant Attorney General Rich, for the State.*

*William J. Morgan for the defendant.*

BROCK, Chief Judge.

Defendant's counsel states that he is unable to find arguable prejudicial error, but requests this Court to review the record for possible prejudicial error.

We have fully reviewed the record of defendant's trial, and defendant's supplemental argument. In our opinion, defendant had a fair trial, free from prejudicial error.

No error.

Judges PARKER and BALEY concur.